## CRIMINAL COMPLAINT
### (Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Luis Carlos Eriksen**<br>DOB: 1966; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-04768MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 20, 2020, in the District of Arizona, Luis Carlos Eriksen knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 4,000 rounds of 7.62x39mm caliber ammunition and 1,000 rounds of .38 Super caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 20, 2020, Homeland Security Investigations (HSI) agents observed an individual, later identified as Luis Carlos ERIKSEN, at an ammunition retailer in Phoenix, Arizona. ERIKSEN was observed loading multiple cases of ammunition into a vehicle. Port of Entry records revealed that ERIKSEN's vehicle had numerous recent crossings between the United States and Mexico, and had crossed into the United States from Mexico earlier the same date.

An Arizona Department of Public Safety (DPS) officer later observed the vehicle traveling eastbound on Interstate 10 near Eloy, Arizona. The DPS officer conducted a traffic stop on the vehicle for a window tint violation. ERIKSEN was the driver and sole occupant of the vehicle. The officer observed multiple cases of ammunition in the front passenger area of the vehicle, and contacted HSI for assistance. HSI agents responded and discovered a total of 4,000 rounds of 7.62x39mm caliber ammunition and 1,000 rounds of .38 Super caliber ammunition in the vehicle. After being advised of and waiving his *Miranda* rights, ERIKSEN stated that he was asked by an individual in Mexico to purchase the ammunition in Phoenix. ERIKSEN stated he left Mexico that morning, drove to Phoenix where he obtained cash and instructions to purchase the ammunition from another individual, and purchased the ammunition with the cash and pursuant to the instructions. ERIKSEN then planned to transport the ammunition to Nogales, Arizona, and provide it to another individual who would take the ammunition into Mexico. ERIKSEN stated that he had purchased and transported ammunition to be smuggled into Mexico on three or four previous occasions, and was paid to do so.

The 4,000 rounds of 7.62x39mm caliber ammunition and 1,000 rounds of .38 Super caliber ammunition ERIKSEN purchased and intended to export qualifies as United States Commerce Control List items, and therefore is prohibited by law for export from the United States into Mexico without a valid license. ERIKSEN did not have a license or any other lawful authority to export the ammunition from the United States into Mexico.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** N/A

| **DETENTION REQUESTED**<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>KRISTOPHER P SEYMOUR  Digitally signed by KRISTOPHER P SEYMOUR Date: 2020.05.21 10:25:09 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Kristopher P. Seymour |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[0]<br>*Maria S. Aguilera* | DATE<br>May 21, 2020 |
|---|---|

[0] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54